FILED
2013 Jun-03  PM 03:33
U.S. DISTRICT COURT
N.D. OF ALABAMA

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| BRITTNE A. BELL, as Personal Representative of the Estate of Rebecca Lynn Allred, | ) ) ) ) |
| Plaintiff, | ) ) |
| v. | ) Civil Action No. 2:12-cv-02991-LSC ) |
| JUDICIAL CORRECTION SERVICES, INC., et al., | ) ) ) |
| Defendants. | ) |

## JOINT NOTICE OF DISMISSAL

COME NOW, Plaintiff Brittne A. Bell and Defendant Judicial Correction Services, Inc., by and through their undersigned counsel of record, and hereby give notice to this Honorable Court that the parties jointly agree that the claims are due to be dismissed without prejudice based on the Affidavit of Kevin Egan.  In accordance with this Notice, the parties request the Court to dismiss this action, without prejudice, with each party to bear their own costs.

Respectfully Submitted,


/s/ Mary-Ellen Bates                              /s/ Jay M. Ezelle
Mary-Ellen Bates                          Jay M. Ezelle, Esq. (ASB-4744-Z72J)
BATES HETZEL PC                           STARNES DAVIS & FLORIE LLP
The McAdory Building                      P. O. Box 598512
2013 1st Avenue North                     100 Brookwood Place, 7th Floor
Suite 450                                 Birmingham, AL 35259-8512
Birmingham, AL 35203                      (205) 868-6000
205-453-0060                              E-mail:  JEzelle@starneslaw.com
Email: BatesEsq@aol.com

**Attorney for Brittne A. Bell**          **Attorney for Judicial Correction
                                          Services, Inc.**

## CERTIFICATE OF SERVICE

I do hereby certify that on this the 3rd day of June 2013, I caused a copy of the foregoing to be electronically filed with the Clerk of Court using the CM/ECF System, which will provide automatic notice of the filing to the following:

T. Kelly May
HUIE FERNAMBUCQ & STEWART LLP
2801 Highway 280 South, Suite 200
Birmingham, AL 35223-2484
205-251-1193
Fax: 205-251-1256
Email: kmay@huielaw.com

Mark W. Lee
PARSONS LEE & JULIANO PC
300 Shelby Building
600 Vestavia Parkway
PO Box 661228(35266)
Birmingham, AL 35216
205-326-6600
Fax: 205-324-7097
Email: mlee@pljpc.com

Timothy P. Donahue
A. Donald Scott, Jr.
DONAHUE & ASSOCIATES, LLC
1020 22nd Street South
Birmingham, AL 35205
205-871-8858
Fax: 205-879-1679
Email: timdonahue@donahue-associates.com
Email: dscott@donahue-associates.com

 /s/ Jay M. Ezelle
Of Counsel

3