# IN THE UNITED STATES COURT FOR THE
# NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **BRITTNE A. BELL, as Personal Representative of the Estate of Rebecca Lynn Allred,** ) ) ) ) | |
| **Plaintiff,** ) ) | |
| vs. ) ) ) | **Civil Action Number:** **12-cv-02991-LSC** |
| **SHELBY COUNTY, ALABAMA, MIKE CURRY, Sheriff, PRISON HEALTHCARE, LLC., THE TOWN OF HARPERSVILLE, ALABAMA, THEOANGELO PERKINS, in his Official capacity as Mayor of the Town of Harpersville, and JUDICIAL CORRECTIONS SERVICES, INC.,** ) ) ) ) ) ) ) ) ) ) ) | |
| **Defendants.** ) | |

## REPORT OF PARTIES' PLANNING CONFERENCE

**Appearances:**

Pursuant to Fed. R. Civ. P. 26(f), a conference was held on November 7, 2013 between the following:

Mary-Ellen Bates for plaintiff,

Mark W. Lee for defendant Prison Healthcare, LLC, and

T. Kelly May for defendant Shelby County Alabama.

**Synopsis of Claims and Defenses:**

The plaintiff's claims arise out of the death of the plaintiff decedent while incarcerated in the Shelby County Jail. Against defendant Prison Healthcare, LLC, the plaintiff asserts a claims under 42 U.S.C. § 1983 alleging that the plaintiff's decedent was caused to die as a result of the defendant's deliberate indifference to her serious medical needs in violation of her rights under the 14th Amendment of the United States Constitution. Specifically, the plaintiff claims that Prison Healthcare, LLC failed to provide medical care and treatment to the plaintiff's decedent while an inmate in the Shelby County jail.

As to Shelby County, the plaintiff asserts a claim under 42 U.S.C. § 1983 alleging that the plaintiff's decedent was caused to die as a result of the defendant's deliberate indifference to her serious medical needs, and violation of her rights under the 14th Amendment to the United States Constitution. Specifically, the plaintiff contends that the county failed to properly fund the jail facilities so as to provide for proper maintenance of the plumbing and available drinking water thereby leading to dehydration of the plaintiff's decedent contributing to her death.

Prison Healthcare, LLC denies that it was deliberately indifferent to the medical needs of the plaintiff's decedent. Additionally, this defendant denies that

01854997.1/2103-0010

any acts or omissions of this defendant caused or contributed to cause the decedent's death.

Defendant Shelby County denies that it was deliberately indifferent to the medical needs of the deceased. Specifically, Shelby County denies that it failed to properly maintain the plumbing system in the jail and specifically denies that the drinking fountains were inoperable or improperly regulated or that there were any problems with the jail's water supply which caused or contributed to cause the death of the plaintiff's decedent.

**Pre-Discovery Disclosures:** The parties will exchange by **December 9, 2013**, the information required by Fed. R. Civ. P. 26(a)(1).

**Discovery Plan:** The parties jointly propose to the court the following discovery plan:

a. Discovery will be needed on the following subjects: All information pertaining to plaintiffs' claims and the relief sought and the defendants' defense.

b. All discovery must be commenced in time to be completed by August 29, 2014.

c. Interrogatories: Each party will be permitted to propound a maximum of **25** interrogatories to any other party. The responses will be due 30 days after service.

d.	Request for admission: Each party will be permitted to propound a maximum of **50** requests to any other party.  The responses will be due 30 days after service.

e.	Depositions: A maximum of **10** individuals to be deposed by each party, with each deposition no longer than seven hours.

f.	Reports from retained experts under Rule 26(a)(2) will be due from the plaintiff within **90 days before the end of the discovery period**, and from defendants within **45 days before the end of the discovery period**.

g.	Supplementation of the core disclosures under Rule 26(3) will be made within 30 days of the party's knowledge of the need to supplement but in no event later than 30 days before the end of the discovery period absent good cause.

**Scheduling Conference:** The parties do not request a conference with the Court before entry of the scheduling order.

**Additional Parties, Claims and Defenses:**   Plaintiffs have until **January 31, 2014** to join additional parties and add additional claims, and defendants have until **February 28, 2014**, to join additional parties or add additional defenses.

**Dispositive Motions:** All potentially dispositive motions must be filed by no later than **thirty days after the close of discovery**, or by **September 30, 2014**.

01854997.1/2103-0010

**Settlement:**   Settlement and the possibility for mediation cannot be evaluated until some discovery is completed.

**Pretrial Conference:**   The parties request a final pretrial conference **30 days** before trial.

**Trial Evidence:**   The final list of witnesses and trial evidence under Rule 26(a)(3) should be due **30 days** before trial.  The parties should have **14 days** after service of the final lists of trial evidence to list objections under Rule 26(a)(3).

**Trial Date:**   The case will be ready for trial by **October 2014**, and is expected to take approximately **5 days** of trial time.

Filed this 8th day of November, 2013.


ATTORNEY FOR PLAINTIFF

s/Mary-Ellen Bates
Mary-Ellen Bates (asb-0270-B65M)
BATES HETZEL, P.C.
The McAdory Building
2013 1st Avenue North
Suite 450
Birmingham, AL 35203
TEL:   (205) 453-0060

01854997.1/2103-0010

ATTORNEYS FOR DEFENDANT SHELBY COUNTY, ALABAMA

s/T. Kelly May
T. Kelly May (asb-6090-y57t)
H. Cannon Lawley (asb-3908-L57H)
HUIE, FERNAMBUCQ & STEWART, LLP
Three Protective Center
Suite 200
2801 Highway 280 South
Birmingham, AL 35223-2484
TEL:  (205) 251-1193
kmay@huielaw.com
cannon@huielaw.com


s/Frank C. Ellis, Jr.
Frank C. Ellis, Jr.
WALLACE, ELLIS, FOWLER & HEAD
111North Main Street
P.O. Box 587
Columbiana, Alabama 35051
TEL: (205) 669-6783
fellis@wefhlaw.com


ATTORNEY FOR DEFENDANT PRISON HEALTHCARE, LLC

s/Mark W. Lee
Mark W. Lee
PARSONS, LEE & JULIANO, P.C.
300 Shelby Building
600 Vestavia Parkway (35216)
P.O. Box 661228
Birmingham, AL  35266
TEL: (205) 326-6600

01854997.1/2103-0010