FILED
2015 Feb-27  PM 05:23
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES COURT FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| BRITTNE A. BELL, AS PERSONAL REPRESENTATIVE OF THE ESTATE OF REBECCA LYNN ALLRED, ) ) ) ) ) | |
| Plaintiff ) | CIVIL ACTION CV 2012-02991 |
| ) | |
| v. ) | |
| ) | |
| PRISON HEALTHCARE, LLC., ET AL. ) | |
| ) | |
| Defendant ) ) | |

## JOINT STATUS REPORT

COME NOW the parties and submits this their joint status report.  The parties have cooperated to accomplish and complete discovery needed to date.  The case is on schedule to be ready for trial when set on August 10, 2015.

/s/ Mary Ellen Bates
Attorney for Plaintiff

OF COUNSEL:

Bates, Hetzel
2013 1st Avenue North, Suite 450
Birmingham, AL  35203

/s/ Mark W. Lee
Attorney for Defendant

OF COUNSEL:

Parsons, Lee & Juliano, P.C.
600 Vestavia Parkway, Suite 300
Birmingham, AL  35216